UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| VICTOR FERNANDO LOPEZ §<br>§<br>   Petitioner §<br>VS. §<br>§<br>UNITED STATES OF AMERICA § | CIVIL ACTION NO. C-08-14 |

**ORDER ADOPTING MEMORANDUM AND
RECOMMENDATION TO DISMISS**

On March 3, 2008, United States Magistrate Judge Brian L. Owsley signed a Memorandum and Recommendation recommending that the Court dismiss petitioner's petition for a writ of habeas corpus for failure to prosecute.  A copy of the Memorandum and Recommendation was mailed to petitioner with a card to be returned indicating his receipt of the mailing.  The card has not been returned by petitioner nor has the mailing been returned by the U.S. Post Office as undeliverable.  Therefore, seeing no objection to this recommendation by either party and having now reviewed the recommendation, this Court hereby adopts as its own the Memorandum and Recommendation as the decision of the Court.  Accordingly, it is

ORDERED that petitioner's petition for a writ of habeas corpus is dismissed for failure to prosecute.

The clerk shall enter this order and provide a copy to all parties.

SIGNED and ORDERED this 20th day of May, 2008.

_____
Janis Graham Jack
United States District Judge